CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/6/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
 DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JENNY F.,<br>          *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>          *Defendant.* | CASE NO. 6:18-cv-00087<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  Before the Court are cross-motions for summary judgment, Dkts. 14 & 16, and the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou ("R&R"), Dkt. 21. Under Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for a recommended disposition. Objections to his R&R were due by March 5, 2020, and none were filed. Having reviewed the R&R for clear error and having found none, I will adopt the R&R. Accordingly:

  1. The R&R of February 20, 2020, is hereby **ADOPTED** in its entirety;

  2. Plaintiff's Motion for Summary Judgment, Dkt. 14, is hereby **GRANTED IN PART**;

  3. Defendant's Motion for Summary Judgment, Dkt. 16, is hereby **DENIED**;

  4. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), this case is hereby **REMANDED** to the Commissioner for further administrative proceedings;

  5. This case is **STRICKEN** from the active docket, and the Clerk is directed to send a copy of this Order to counsel.

  It is so **ORDERED**.

  Entered this 6th day of March, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE